IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **JUVENAL CALVILLO GALVAN,** *Plaintiff,* § § § | | |
| | § | **CIVIL ACTION NO.: 5:24-CV00047** |
| **V.** | § § | |
| | § | **JURY TRIAL DEMANDED** |
| **EFT EXPRESS SA DE CV and HIPOLITO HERNANDEZ PONCE,** *Defendants,* § § § | | |

## PLAINTIFF'S FIRST AMENDED COMPLAINT

**NOW COMES** Plaintiff, JUVENAL CALVILLO GALVAN, complaining of Defendants, EFT EXPRESS SA DE CV and HIPOLITO HERNANDEZ PONCE and in support thereof would respectfully show the Court as follows:

### I.
### VENUE AND JURISDICTION

1.  Plaintiff, JUVENAL CALVILLO (hereinafter "Plaintiff") is a resident of Webb County, Texas.

2.  Defendant, EFT EXPRESS SA DE CV is a company conducting business in the State of Texas and has been served.

3.  Defendant, HIPOLITO HERNANDEZ PONCE, is a resident of Nuevo Laredo and has been served.

4.  The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5.  Diversity jurisdiction is invoked pursuant to 28 U.S.C. 1332.

### II.

## NATURE OF THE CASE

6. This case arises out of an automobile accident that occurred in Laredo Texas on or about February 20, 2023. On that date, Plaintiff, JUVENAL CALVILLO GALVAN was traveling Westbound on 8400 Bob Bullock Lp. Defendant HIPOLITO HERNANDEZ PONCE was also Westbound on 8400 Bob Bullock Lp, and changed lanes while unsafe, colliding into JUVENAL CALVILLO GALVAN. Defendant, HIPOLITO HERNANDEZ PONCE was driving in the course and scope of his employment with Defendant, EFT EXPRESS SA DE CV. As a result of the accident, Plaintiff sustained serious injuries.

### III.
### CAUSES OF ACTION

**COUNT I – Negligence Of Defendant EFT Express SA De CV**

7. Plaintiff, Juvenal Calvillo, incorporates by reference each and every allegation alleged in paragraph 1-6 are realleged and are incorporated herein by reference.

8. EFT EXPRESS SA DE CV committed acts of omission and commission that collectively and severally constituted negligence and were a proximate cause of Plaintiff's injuries and damages.

*Respondeat Superior*

9. Defendant, HIPOLITO HERNANDEZ PONCE, is alleged at all times of the events described in the petition to be an employee, agent, representative and/or servant of Defendant, EFT EXPRESS SA DE CV As such, Defendant, EFT EXPRESS SA DE CV, is liable for his acts and omissions under the doctrine of *respondeat superior*. Alternatively, Defendant, EFT EXPRESS SA DE CV, is responsible for the acts or omissions of Defendant, HIPOLITO HERNANDEZ PONCE

## COUNT II – NEGLIGENCE OF DEFENDANT, HIPOLITO HERNANDEZ PONCE

10. Plaintiff, Juvenal Calvillo, incorporates by reference each and every allegation alleged in paragraph 1-9 are realleged and are incorporated herein by reference.

11. The collision described above, and the resulting injuries and damages suffered by Plaintiff, were proximately caused by the negligent conduct of HIPOLITO HERNANDEZ PONCE in one or more of the following respects:

   A. Failing to adequately turn the vehicle to the left or right in order to avoid an impending collision as would have been done by a reasonable person exercising ordinary prudence and care under the same or similar circumstances;

   B. In failing to maintain a proper lookout while operating a motor vehicle, as would have been done by a reasonable person exercising ordinary prudence under the same or similar circumstances;

   C. Failing to take proper evasive action to avoid the collision;

   D. In failing to timely and properly apply his brakes, as would have been done by a reasonable person exercising ordinary prudence under the same or similar circumstances;

   E. In failing to keep the vehicle he was driving under proper control, as would have been done by a reasonable person exercising ordinary prudence under the same or similar circumstances, and

   F. in failing to safely change lanes.

## COUNT III – LEGAL DAMAGES AND RECOVERIES TO COMPENSATE PLAINTIFF

12. Plaintiff, Juvenal Calvillo, incorporates by reference each and every allegation alleged in paragraphs 11 are realleged and are incorporated herein by reference.

13. As a direct, proximate and foreseeable result of the above referenced act and/or omissions of the Defendants, the Plaintiff has sustained severe and permanent

physical, mental and emotional injuries as well as economic losses.  As such, Plaintiff Juvenal Calvillo seeks the following damages:

- (a) <u>Medical Expenses</u>:  Plaintiff has suffered severe and permanent bodily injuries.  Plaintiff has incurred significant medical expenses in connection with said injuries and in all reasonable medical probability will incur significant future medical expenses for the remainder of his life.

- (b) <u>Physical Pain</u>:  Plaintiff has endured significant physical pain in the past and will endure pain in the future.

- (c) <u>Mental Anguish</u>:  Plaintiff has endured tremendous mental anguish in the past and will endure mental anguish in the future.

- (d) <u>Impairment</u>:  Plaintiff has suffered traumatic physical and mental impairment in the past and will continue to suffer the effects into the future and likely for the remainder of his life.

- (e) <u>Disfigurement</u>:  Plaintiff has suffered disfigurement in the past and will suffer from disfigurement in the future.

- (f) <u>Lost wages</u>:  Plaintiff has incurred lost wages in the past and in reasonable probability Plaintiff will suffer loss wages in the future.

- (g) <u>Property Damage:</u>   Plaintiff has suffered substantial damage to his property as a result of this incident

14.     All losses, harm, and legal damages suffered by Plaintiff were caused by, and proximately caused by, Defendants' negligent acts and/or omissions (some of which are listed herein).  For all such claims and losses, Plaintiff now sues.

15.     Plaintiff, Juvenal Calvillo requests monetary damages and punitive damages against the Defendants in amounts to be fixed by the trier of fact to be just and reasonable, for pre- and post-judgment interest, for court costs and for all other appropriate relief.

## IV.
## J‍URY D‍EMAND

16. Plaintiff demands a trial by jury.

## V.
## P‍RAYER

17. **WHEREFORE, PREMISES CONSIDERED,** Plaintiff respectfully prays that the Defendants be cited to appear and answer herein, that this cause be set down for trial before a jury, and that Plaintiff recovers judgment of and from the Defendants for his actual damages in such amount as the evidence may show and the jury may determine to be proper, together with pre-judgment interest, post-judgment interest, costs of suit, and such other and further relief to which he may show himself to be justly entitled.

Respectfully submitted,

**GOWAN LAW GROUP**
555 N. Carancahua, Ste 1400
Corpus Christi, Texas 78401
(361) 651-1000
(361) 651-1001 Facsimile

*/s/ Christopher A. Garza*
Gregory L. Gowan
State Bar No. 00765384
ggowan@gowanlawgroup.com
Christopher A. Garza
State Bar No. 24084241
cgarza@gowanlawgroup.com

*/s/ Luis Elizondo*
Luis Elizondo
**LUIS ELIZONDO LAW**
State Bar No. 06521550
P.O Box 546
Robstown, Texas 7830
(361) 651-1042 Phone
luis@lelizondolaw.com

/s/ *Rosaura Tijerina*
Rosaura Tijerina
State Bar No. 20030075
1000 Washington St., Ste 2
Laredo, Texas 78040
(956) 726-6900
(956) 722-1076 Facsimile
*Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was served upon all parties, in accordance with the Federal Rules of Civl Procedure, on this the **2nd** day of **October**, 2025.

/s/ *Christopher A. Garza*